

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on  07/30/2026   Selena Hudson-Hunt

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the  Northern District of Alabama        .


Case number:  26-40632

Certificate number:  ALN26-406324948483

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance